JS-6



# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MILTON STALLWORTH,<br><br>        Petitioner,<br><br>    v.<br><br>M. MUNTZ, Warden,<br><br>        Respondent. | NOS. CV 05-03829 VBF (SS) &<br>     CV 06-03397 VBF (SS)<br><br>**JUDGMENT** |

    Pursuant to the Court's Order Modifying and Rejecting Findings, Conclusions and Recommendations of United States Magistrate Judge and Entering New Order Denying Petitions, Judgment is entered in favor of the Respondent and against the Petitioner, and the 2005 and 2006 Petitions are DENIED and dismissed with prejudice.

DATED: November 24, 2008.

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE